AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stormes, Nita L. | 2. Court or Organization<br><br>Southern District of Cal. | 3. Date of Report<br><br>05/05/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Mag. Judge-Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
333 West Broadway
San Diego, CA 92101-8910

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Personal Trust (Assets are listed in Part VII in rows 29-84.) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 05/05/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Jones Day (Spouse's Law Firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 05/05/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | KeyBank National Association | Line of Credit | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 05/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | California Bank & Trust - 2 IRA Cash equivalent | A | Interest | K | T | | | | | |
| 2. | Vanguard CA Money Market Fund - 3 | A | Interest | K | T | | | | | |
| 3. | Fidelity Magellan Fund (Fidelity Ultra) - 1 | A | Dividend | K | T | | | | | |
| 4. | Janus Fund -3 | A | Dividend | | | Sold | 04/28/17 | J | A | |
| 5. | Janus Mercury Fund (now Janus Research Fund) - 3 | A | Dividend | K | T | Buy | 04/28/17 | J | | |
| 6. | Janus Worldwide Fund (now Global Researc Fund)- 3 | A | Dividend | J | T | | | | | |
| 7. | Fidelity Puritan Fund - 3 | A | Dividend | K | T | | | | | |
| 8. | Franklin Mutual Quest Fund - Z - 1 | A | Dividend | K | T | | | | | |
| 9. | Oakmark Fund - 3 | A | Dividend | K | T | | | | | |
| 10. | Scudder International Fund (now Deutsche CROCI International Fund) - 3 | A | Dividend | J | T | | | | | |
| 11. | Vanguard Index Fund (Fidelity Ultra) - 1 | A | Dividend | K | T | | | | | |
| 12. | Fidelity CA Muni Money Market (Fidelity Ultra) - 1 | A | Interest | J | T | | | | | |
| 13. | Federated Kaufman Fund R - 3 | A | Dividend | K | T | | | | | |
| 14. | California Bank & Trust - 1 Checking | A | Interest | M | T | | | | | |
| 15. | Vanguard CA Money Market Fund - 2 | B | Interest | | | Sold | 10/05/17 | O | A | |
| 16. | Vanguard CA Money Market Fund - 1 | A | Interest | N | T | | | | | |
| 17. | E*Trade Tax-Exempt Cal. Fund - 1 | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 05/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. San Diego County Credit Union Checking - 1 | A | Interest | J | T | | | | | |
| 19. San Diego County Credit Union Savings - 1 | A | Interest | J | T | | | | | |
| 20. Apple - 1 | A | Dividend | K | T | | | | | |
| 21. New Energy Technologies Inc (now SolarWindow Technologies) - 1 | A | Dividend | J | T | | | | | |
| 22. Tesla Motors Inc - 1 | A | Dividend | K | T | | | | | |
| 23. GNMA Fund Admiral Shares - 3 IRA | A | Int./Div. | N | T | | | | | |
| 24. Primecap Fund Investor - 3 IRA | A | Int./Div. | L | T | | | | | |
| 25. Total Stock Mkt Index Inv - 3 IRA | A | Int./Div. | N | T | | | | | |
| 26. Wellington Fund Admiral - 3 IRA | A | Int./Div. | O | T | | | | | |
| 27. 500 Index Fund Adm - 3 IRA | A | Int./Div. | P1 | T | | | | | |
| 28. Jones Day 2020 Fund - 3 401 | A | Int./Div. | N | T | | | | | |
| 29. UBS Bank - 2T | A | Interest | K | T | | | | | |
| 30. Angel Oak Multi Strategy Inc. Fund Class C - 2T | A | Dividend | L | T | Buy | 10/11/17 | K | | |
| 31. Oppenheimer Senior Floating Rate Fund Class C - 2T | A | Dividend | L | T | Buy | 10/11/17 | K | | |
| 32. Accenture - 2T | A | Dividend | J | T | | | | | |
| 33. Apple - 2T | A | Dividend | K | T | | | | | |
| 34. Blackrock - 2T | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 05/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. British Amer. Tobacco - 2T | A | Dividend | J | T | Buy (add'l) | 12/19/17 | J | | |
| 36. Chevron Corp. - 2T | A | Dividend | J | T | Buy | 09/11/17 | J | | |
| 37. Chubb Ltd - 2T | A | Dividend | J | T | | | | | |
| 38. Coca Cola Co Com - 2T | A | Dividend | J | T | | | | | |
| 39. Colgate Palmolive - 2T | A | Dividend | J | T | | | | | |
| 40. Crane Co - 2T | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 41. CVS Health Corp - 2T | A | Dividend | | | Sold | 12/21/17 | J | A | |
| 42. Diageo PLC - 2T | A | Dividend | J | T | Buy (add'l) | 09/11/17 | J | | |
| 43. Exxon Mobil Corp - 2T | A | Dividend | | | Sold | 01/24/17 | J | A | |
| 44. Home Depot Inc - 2T | A | Dividend | J | T | | | | | |
| 45. Intel - 2T | A | Dividend | J | T | Buy (add'l) | 09/11/17 | J | | |
| 46. Invesco LTD - 2T | A | Dividend | J | T | | | | | |
| 47. Johnson Controls - 2T | A | Dividend | J | T | | | | | |
| 48. Lockheed Martin Corp - 2T | A | Dividend | J | T | | | | | |
| 49. Marsh & Mclennan Cos Inc - 2T | A | Dividend | J | T | | | | | |
| 50. McDonalds Corp - 2T | A | Dividend | J | T | | | | | |
| 51. Medtronic - 2T | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 05/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft Corp. - 2T | A | Dividend | J | T | | | | | |
| 53. Nextera Energy - 2T | A | Dividend | J | T | | | | | |
| 54. Nordstrom - 2T | A | Dividend | | | Sold | 09/11/17 | J | A | |
| 55. Novartis - 2T | A | Dividend | J | T | | | | | |
| 56. Pepsico Inc - 2T | A | Dividend | J | T | | | | | |
| 57. Praxair Inc - 2T | A | Dividend | J | T | | | | | |
| 58. Qualcomm - 2T | A | Dividend | K | T | | | | | |
| 59. Rockwell Automatic Inc - 2T | A | Dividend | J | T | | | | | |
| 60. Suncor Energy Inc. - 2T | A | Dividend | J | T | Buy | 09/11/17 | J | | |
| 61. Texas Instruments 2T | A | Dividend | K | T | | | | | |
| 62. Union Pacific Corp. - 2T | A | Dividend | J | T | | | | | |
| 63. UNTD Technologies Corp - 2T | A | Dividend | J | T | | | | | |
| 64. VF Corp - 2T | A | Dividend | J | T | | | | | |
| 65. SPDR S&P 500 ETF - 2T | A | Dividend | K | T | | | | | |
| 66. Natixis Oakmark International Fund - 2T | A | Dividend | K | T | | | | | |
| 67. Principal Sm-MD CP Div - 2T | A | Dividend | M | T | Buy | 01/02/17 | M | | |
| 68. T.Rowe Price Global Tech Fund - 2T | A | Dividend | K | T | Buy (add'l) | 09/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 05/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  US Treasury Bill - 2T | A | Interest | N | T | Buy | 10/11/17 | N | | |
| 70.  California St Pub Wks - 2T | A | Interest | K | T | | | | | |
| 71.  California St Pub Wks - 2T | A | Interest | K | T | | | | | |
| 72.  Southern CA Pub Pwr - 2T | A | Interest | K | T | | | | | |
| 73.  California Cmnty Coll - 2T | A | Interest | | | Sold | 09/27/17 | K | A | |
| 74.  Cajon Valley CA Un Sc - 2T | A | Interest | K | T | | | | | |
| 75.  California St Pub Wks - 2T | A | Interest | K | T | | | | | |
| 76.  California St - 2T | A | Interest | K | T | | | | | |
| 77.  Turlock CA Irr Dist - 2T | A | Interest | K | T | | | | | |
| 78.  California ST Pub Wks - 2T | A | Interest | K | T | | | | | |
| 79.  California St - 2T | A | Interest | K | T | | | | | |
| 80.  Rio CA Elem Sch - 2T | A | Interest | K | T | | | | | |
| 81.  Standard CA SCH - 2T | A | Interest | K | T | | | | | |
| 82.  Southern CA Pub Pwr - 2T | A | Interest | K | T | | | | | |
| 83.  Imperial CA Irr Dist - 2T | A | Interest | K | T | | | | | |
| 84.  Pioneer Strategic Income Fund - 2T | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stormes, Nita L.** | 05/05/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions - All assets in the Personal Trust are listed in Part VII in rows 29-84.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nita L. Stormes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544